COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:       Jacqueline M Mouton v. CCMSI

Appellate case number:    01-22-00205-CV

Trial court case number:  2019-45412

Trial court:                269th District Court of Harris County

Appellant, Jacqueline M. Mouton, proceeding pro se, has filed an appellant's brief in the above-referenced appeal, in which she seeks relief against Cannon Cochran Management Services ("CCMSI") and Houston Independent School District ("HISD"). CCMSI  has filed an appellee's brief.  HISD has not filed a brief.  The record in the appeal, however, does not reflect that Mouton served HISD with a copy of her appellant's brief.  *See* TEX. R. APP. P. 9.5(a) (service of all documents required).

The appellate record reflects that Mouton, in her live petition, stated allegations against both CCMSI and HISD.  CCMSI and HISD each filed an answer, a plea to the jurisdiction, and special exceptions. The trial court granted the pleas, sustained the special exceptions, and dismissed Mouton's claims against CCMSI and HISD. The dismissals later merged into the trial court's final judgment.  *See Gillespie v. Galveston Cnty. Health Dist.*, 639 S.W.3d 815, 818 (Tex. App.—Houston [14th Dist.] 2021, no pet.).  Mouton's notice of appeal, although solely naming CCMSI, invoked our jurisdiction over all parties to the trial court's judgment.  *See* TEX. R. APP. P. 25.1(b); *St. Mina Auto Sales, Inc. v. Al-Muasher*, 481 S.W.3d 661, 666 (Tex. App.—Houston [1st Dist.] 2015, pet. denied).  In her appellant's brief, Mouton expressly raises issues and seeks relief against both CCMSI and HISD.  Because CCMSI and HISD are each parties to the trial court's judgment and parties against whom Mouton seeks relief, they are each an "appellee."  *See Showbiz Multimedia, LLC v. Mountain States Mortg. Ctrs., Inc.*, 303 S.W.3d 769, 771 n.3 (Tex. App.—Houston [1st Dist.] 2009, no pet.) (noting that appellees need not be definitively identified until appellant's brief); *see also* TEX. R. APP. P. 3.1(c).

Accordingly, unless Mouton serves HISD with a copy of her appellant's brief and certifies to this Court, **in the form provided by Texas Rule of Appellate Procedure 9.5 and no later than 15 days from the date of this order**, that she has served HISD with a copy of her brief, the Court may, without further notice, dismiss Mouton's appeal *against HISD* for want of prosecution or for a failure to follow the Rules of Appellate Procedure.  *See* TEX. R. APP. P. 9.5(a), (d), (e); 42.3(b), (c).

In addition, Mouton, on September 30, 2022, filed in this Court a "Motion for a Summary Judgment," asking this Court to hear her case on the merits, to find facts, to determine liability, and to award her damages against CCMSI. Such determinations must be made by the trial court in the first instance, subject to appellate review. *See* TEX. CONST. art. V, § 6; TEX. GOV'T CODE §§ 22.220, .221. We **grant** the motion of CCMSI to strike the "Motion for Summary Judgment."

It is so ORDERED.


Judge's signature: _____/s/ Sherry Radack_____
        ☑ Acting individually   ☐ Acting for the Court


Date: ___November 22, 2022_____